**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRY ALEXANDER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RANDY GROUND, Warden,<br><br>　　　　Respondent. | NO. CV 14-6195-SVW(E)<br><br><br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that Petitioner's challenges to the conditions of his confinement are dismissed without leave to amend but without prejudice, and the Petition is otherwise denied and dismissed with prejudice.

　　DATED: January 20, 2015.

　　　　　　　　　　　　　　　　　　　　/s/ Stephen V. Wilson
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE